IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE TAX INDEBTEDNESS OF ) ) ) | |
| Richard J. Beery Jr. ) | MISC. NO. |
| dba Ricky Beery Masonry ) ) | ELECTRONICALLY FILED |

ORDER FOR ENTRY ON PREMISES
TO EFFECT LEVY

The United States, having filed an application requesting authorization for Revenue Officer Jenny Stierheim and/or other designated revenue officers and any other federal, state or local law enforcement officers that may be chosen to enter the premises located at 11575 Route 6N, Albion, PA 16401, in order to seize the asset consisting of a 1933 Chevrolet 2-door coupe, cherry red in color with a sky roof, Pennsylvania license plate number AES 5103 (currently expired), located on or within said premises, in satisfaction of unpaid Federal taxes, together with the affidavit of Eugene V. Batdorf in support of that application, and the Court finding, on the basis of the affidavit, that there is probable cause to believe that property or rights to property belonging to Richard J. Beery Jr., dba Ricky Beery Masonry, or to which, the Federal tax lien attaches which is subject to levy by the United States pursuant to Section 6331 of the Internal Revenue Code is located on or within the premises described, it is

ORDERED that Revenue Officer Jenny Stierheim and/or other designated revenue officers and any other federal, state or local law enforcement officers that may be chosen to enter the premises described above and seize the asset consisting of a 1933 Chevrolet 2-door coupe, cherry red in color with a sky roof, Pennsylvania license plate number AES 5103 (currently expired), pursuant to Section 6331 of the Internal Revenue Code of 1986. In making this search and seizure, however, such revenue officers are directed to enter the premises during business hours or the daytime and within 10 business days from the date of this Order.

DATED

_____
UNITED STATES DISTRICT JUDGE